# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STACEY BENNETT, | ) Case No. CV 15-2844-RSWL (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| CALVIN JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 6, 2015

                                                                 RONALD S.W. LEW
                                                         RONALD S. W. LEW
                                             UNITED STATES DISTRICT JUDGE